IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Willis, Dennis | Case Number: 06 B 13009 |
| | Judge: Hollis, Pamela S |
| Printed: 10/22/08 | Filed: 10/11/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 8, 2008
Confirmed: December 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 43,862.00 | |
| Secured: | | 41,543.03 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 2,318.97 |
| Other Funds: | | 0.00 |
| Totals: | 43,862.00 | 43,862.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Andrea M Schleifer & Associate PC | Secured | 0.00 | 0.00 |
| 2. | Village of South Holland | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 10,433.85 | 7,229.24 |
| 4. | Wells Fargo Home Mortgage | Secured | 30,379.71 | 19,984.86 |
| 5. | Wells Fargo Home Mortgage | Secured | 66,402.89 | 14,231.70 |
| 6. | CitiMortgage Inc | Secured | 454.00 | 97.23 |
| 7. | Asset Acceptance | Unsecured | 3,086.39 | 0.00 |
| 8. | Ford Motor Credit Corporation | Unsecured | 3,843.98 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 21.33 | 0.00 |
| 10. | Sherryl Willis | Priority | | No Claim Filed |
| 11. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 12. | Alabama Child Support Payment Center | Priority | | No Claim Filed |
| 13. | TCF Financial Services | Unsecured | | No Claim Filed |
| 14. | D. Tondaleyo Watkins, Esq | Unsecured | | No Claim Filed |
| 15. | Nadler Pritikin & Mirabelli LLC | Unsecured | | No Claim Filed |
| 16. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 17. | SBC | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 20. | Jeffery Leving Ltd | Unsecured | | No Claim Filed |
| 21. | Johnson & Johnson LTD | Unsecured | | No Claim Filed |
| | | | $ 114,622.15 | $ 41,543.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Willis, Dennis | Case Number: 06 B 13009 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 10/22/08 | Filed: 10/11/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 616.70 |
| 5.4% | 1,539.77 |
| 6.5% | 162.50 |
| | $ 2,318.97 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

